ROBERTS, Respondent, v. WIND et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 20, 1907.) Action by James A. Roberts, as receiver, etc., against Matthew Wind and another. No opinion. Judgment affirmed, with costs.

ROHR, Appellant, v. MADDEN, Village President, et al., Respondents. (Supreme Court. Appellate Division, Second Department. March 22, 1907.) Action by Andrew Rohr against Joel D. Madden, president of the village of Ossining, and others. No opinion. Appeal dismissed on argument, without costs, on the ground that the question presented is purely academic.

ROPER, Appellant, v. ULSTER COUNTY AGRICULTURAL SOCIETY, Respondent. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by Mary S. Roper against the Ulster County Agricultural Society. No opinion. Order affirmed, with $10 costs and disbursements.

ROSE, Respondent, v. MISNER, Appellant. (Supreme Court, Appellate Division, Third Department. March 13, 1907.) Action by Melissa M. Rose against Henry W. Misner. No opinion. Judgment and order unanimously affirmed, with costs.

ROSENBAUM, Appellant, v. STIEBEL et al., Respondents. (Supreme Court, Appellate Division, First Department. April 5, 1907.) Action by William A. Rosenbaum against Samuel J. Stiebel and others. A. Ely, for appellant. F. L. Kohlman, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ROSENTHAL et al., Respondents, v. ANDURSKY et al., Appellants. (Supreme Court, Appellate Division, First Department. April 5, 1907.) Action by Samuel Rosenthal and others against Morris Andursky and another. W. Klein, for appellants. C. H. Broas, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ROWLEY, Respondent, v. NEW YORK CENT. & H. R. R. Co., et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 22, 1907.) Action by Marvilla J. Rowley against the New York Central & Hudson River Railroad Company and another. No opinion. Judgment affirmed, with costs.

ROYLE, Respondent, v. GOODWIN, Appellant. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by Selena F. Royle against Nathaniel C. Goodwin. A. F. Clarke, for appellant. J. Ewen, for respondent. No opinion. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs, allowance, etc., to $4,054.37, in which judgment, as so modified, and order, d, without costs. Settle order on notice.

RUEMER, Respondent, v. CLARK, Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1907.) Action by John Ruemer against Margaret A. Clark. No opinion. Judgment and order affirmed by default, with costs.

RUTHERFORD REALTY CO., Respondent, v. COOK, Appellant, et al. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by the Rutherford Realty Company against Willet F. Cook, impleaded with others. W. H. Van Steenbergh, for appellant. H. H. Snedeker, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

RUTHERFORD REALTY CO. v. COOK. (Supreme Court, Appellate Division, First Department. March 27, 1907.) Action by the Rutherford Realty Company against Willet T. Cook. No opinion. Motion denied, with $10 costs. Order filed.

SAN LORENZO SUGAR CO., Appellant, v. BLITZ, Respondent. (Supreme Court, Appellate Division, First Department. April 5, 1907.) Action by the San Lorenzo Sugar Company against Henry Blitz. P. C. Morf, for appellant. D. F. Phelps, Jr., for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SARGENT, Respondent, v. NEW YORK CENT. & H. R. R. Co., Appellant. (Supreme Court, Appellate Division, Third Department. March 13, 1907.) Action by Charles E. Sargent against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

SAUER v. NEW YORK CITY RY. CO. (Supreme Court, Appellate Division, First Department. March 15, 1907.) Action by Frank Sauer against the New York City Railway Company. No opinion. Motion denied, with $10 costs. Order filed.

SAUER, Appellant, v. NEW YORK CITY RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. March 22, 1907.) Action by Frank Sauer against the New York City Railway Company. M. Schaap, for appellant. B. H. Ames, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SCHEU v. BLUN. (Supreme Court, Appellate Division, First Department. March 15, 1907.) Action by Magdalena Scheu against Jacob Blun. No opinion. Motion denied, with $10 costs. Order filed.

SCHILLER, Respondent, v. CARNOT, Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1907.) Action by Frederick A. Schiller against Max Carnot. No opinion. Judgment of the City Court of Yonkers unanimously affirmed, with costs.